1 BENJAMIN B. WAGNER
United States Attorney
2 KAREN A. ESCOBAR
Assistant United States Attorney
3 2500 Tulare St., Room 4401
Fresno, CA  93721
4 Telephone:  (559) 497-4000

5 Attorneys for Plaintiff
United States of America

FILED

MAY 0 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

SEALED

6

7                 UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9 UNITED STATES OF AMERICA,          No. 1:14 MJ 00074 SKO

                Plaintiff,           [PROPOSED] ORDER
10
                                     (UNDER SEAL)
11              v.

12 DOUGLAS JASON WAY,
    aka Jason Way,
13 TIMOTHY ORTIZ,
   TIMOTHY NEW, and
   NATALIE MIDDLETON,
14
                Defendants.
15

16      For good cause shown, IT IS HEREBY ORDERED THAT:

17      The complaint and arrest warrants in the above-captioned case,

18 together with this ex parte application, the memorandum of points

19 and authorities, the declaration of KAREN A. ESCOBAR, and this

20 court's sealing order, be kept under seal until further order of the

21 court.

22 DATED: May 5, 2014

23                              _____
                                SHEILA K. OBERTO
24                              U.S. Magistrate Judge

25

26

27

28