BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>DOUGLAS JASON WAY,<br>   aka Jason Way, and<br>TIMOTHY ORTIZ,<br><br>             Defendants. | No. 1:14mj74 SKO<br><br>[PROPOSED] ORDER |

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint and arrest warrants as to Defendants Douglas Jason Way and Timothy Ortiz in the above-captioned matter be unsealed.

DATED: May 7, 2014

_____
SHEILA K. OBERTO
U.S. Magistrate Judge