1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
   United States of America

**FILED**

MAY 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:14MJ0074 SKO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DOUGLAS JASON WAY, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint be unsealed.

DATED: 5/15/14

_____
GARY S. AUSTIN
U.S. Magistrate Judge