**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, DOUGLAS JASON WAY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. **14-CR-0101-AWI-BAM** |
| **Plaintiff,** | <u>**STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE AND ORDER**</u> |
| v. | |
| **DOUGLAS JASON WAY, et al.,** | |
| **Defendants.** | |

Currently, Defendant DOUGLAS JASON WAY's conditions of pretrial release restrict his travel to the Northern District of Illinois and to the Eastern District of California, without Pretrial discretion.

The parties hereto stipulate that the Office of the U.S. Attorney has no objection to allowing Pretrial Services discretion to allow for travel outside of the above-noted districts within the United States of America for approved purposes.

///
///
///
///

1

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 3, 2014. | Respectfully submitted, |
| | NUTTALL & COLEMAN |
| | By /s/ ROGER T. NUTTALL |
| | ROGER T. NUTTALL |
| | Attorneys for Defendant, |
| | DOUGLAS JASON WAY |
| Dated: June 3, 2014. | BENJAMIN B. WAGNER |
| | United States Attorney |
| | By /s/ KAREN ESCOBAR |
| | KAREN ESCOBAR |
| | Assistant U.S. Attorney |

### ORDER

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that Pretrial Services has discretion to allow Defendant, DOUGLAS JASON WAY, to travel outside of the above-noted districts within the United States of America for approved purposes.

IT IS SO ORDERED.

Dated: **June 3, 2014**          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE