**ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant, DOUGLAS JASON WAY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-CR-0101-AWI-BAM |
| Plaintiff, | ORDER ALLOWING TRAVEL FOR THANKSGIVING HOLIDAY |
| v. | |
| DOUGLAS JASON WAY, et al., | |
| Defendants. | |

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Defendant, DOUGLAS JASON WAY, is allowed to travel from Chicago, Illinois, to Goshen, Indiana, leaving his residence on Thursday, November 27, 2014, and returning on Friday, November 28, 2014, to visit his in-laws home for the Thanksgiving holiday.

IT IS SO ORDERED.

Dated:   **November 24, 2014**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1