Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant,  TIMOTHY NEW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TIMOTHY NEW, et al.<br><br>        Defendants. | No.  1:14-CR-00101 – AWI BAM<br><br>**STIPULATATION TO CONTINUE HEARING ON GOVERNMENT'S MOTION FOR DETERMINATION OF CONFLICT OF INTEREST AND ORDER**<br><br>**Date: March 23, 2015<br>Time: 11:00 a.m.<br>Place: Honorable Barbara A. McAuliffe** |

   Plaintiff, United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

   1.  By previous order, this matter was set for a hearing on Plaintiff's Motion For Determination of Conflict of Interest for January 26, 2015.

   2.  By this stipulation, the parties move to continue the hearing date until March 23, 2015 at 11:00 a.m. and to exclude time between January 26, 2013 and March 23, 2015.

   3.  The parties agree and stipulate, and request that the Court find the following:

   a.  The defense needs additional time for preparation of appropriate responses to the motion and to allow additional time for out of state defendant's to make appropriate travel arrangements, should their personal appearances continue to be required.

   b.  Based upon the above stated findings, the ends of justice served by continuing the

1

case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   c. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2015 to March 23, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), B (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

Dated: January 21, 2015                    /s/ Anthony Capozzi
                                           _____
                                           Anthony P. Capozzi, Attorney for Defendant,
                                           TIMOTHY ORTIZ


Dated: January 21, 2015                    /s/ Andras Farkas
                                           _____
                                           Andras Farkas, Attorney for Defendant,
                                           NATALIE MIDDLETON


                                           /s/ Roger Nuttall
Dated: January 21, 2015                    _____
                                           Roger Taylor Nuttall, Attorney for Defendant
                                           JASON WAY


                                           /s/ Eric K. Fogderude
Dated: January 21, 2015                    _____
                                           Eric K. Fogderude,
                                           Attorney for Defendant, TIMOTHY NEW

| | |
|---|---|
| Date: January 21, 2015 | /s/ Karen Escobar |
| | Karen Escobar<br>Assistant United States Attorney |

### ORDER

The hearing on Government's Motion For Determination of Conflict of Interest (Doc. 89) is continued from January 26, 2015 to March 23, 2015 at 11:00 a.m., before the Honorable Barbara A. McAuliffe. However, the Status Conference remains on Calendar for January 26, 2015 at 1:00 p.m. Time is excluded pursuant to 18 U.S.C. § 3161 (h)(7)(A), B (iv).

IT IS SO ORDERED.

Dated:   **January 22, 2015**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE