BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY, et al.,<br><br>Defendants. | CASE NO. 1:14-cr-0101 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, June 22, 2015, at 1:00 p.m.

2. By this stipulation, the parties move to continue the hearing date until August 10, 2015, at 1:00 p.m. and to exclude time between June 22, 2015, and August 10, 2015.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The defense needs additional time for pretrial investigation of this designated complex case and to conduct plea negotiations. The government has provided plea offers to the

defendants.

    b.    In addition, the Court is unavailable on June 22, 2015.

    c.    The parties believe that failure to grant the above-requested continuance would deny the defendants the reasonable time necessary for effective resolution and/or case preparation, taking into account the exercise of due diligence, and would deny continuity of counsel for the government.

    d.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 22, 2015, to August 10, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    March 26, 2015.    Respectfully submitted,

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Karen A. Escobar
    KAREN A. ESCOBAR
    Assistant United States Attorney

DATED: March 26, 2015.

/s/ Roger Nuttall
ROGER NUTTALL
Counsel for Defendant Way

DATED: March 26, 2015.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Ortiz

DATED: March 26, 2015.

/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Defendant New

DATED: March 26, 2015.

/s/ Andras Farkas
ANDRAS FARKAS
JANET BATEMAN
Counsel for Defendant Middleton

**O R D E R**

IT IS SO FOUND AND ORDERED that the 3rd Status Conference for all defendants is continued from June 22, 2015 to August 10, 2015 at 1:00 PM before Judge McAuliffe.   Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  The hearing on the government's motion for determination of conflict remains on calendar for May 14, 2015 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **March 26, 2015**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE