BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS JASON WAY,<br><br>　　　　　Defendant. | CASE NO. 1:14-cr-0101 AWI-BAM<br><br>AMENDED STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing relating to a potential conflict of interest on Thursday, May 14, 2015, at 10:30 a.m., at which the defendant was ordered to appear.

2. By this stipulation, the parties move to continue the hearing date until June 16, 2015, at 10:00 a.m. and to exclude time between May 14, 2015, and June 16, 2015. Defendant Douglas Jason Way acknowledges that he is required to appear on June 16, 2015.

3. The parties agree and stipulate, and request that the Court find the following:

　　a.　Counsel for the government is unavailable on May 14, 2015. The defense is not

opposed to a continuance and needs additional time for pretrial investigation of this designated complex case and to consider the government's plea offer.

      b.      The parties believe that failure to grant the above-requested continuance would deny the defendants the reasonable time necessary for effective resolution and/or case preparation, taking into account the exercise of due diligence, and would deny continuity of counsel for the government.

      d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 14, 2015, to June 16, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii) , (7)(A), and B(iv) because the case has been deemed complex, it would deny the government the continuity of counsel, and it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   May 6, 2015.        Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ Karen A. Escobar_____
                                                  KAREN A. ESCOBAR
                                                  Assistant United States Attorney

DATED: May 6, 2015.

/s/ Roger Nuttall
ROGER NUTTALL
Counsel for Defendant Way

**O R D E R**

IT IS SO FOUND AND ORDERED that the Motion for Determination of Conflict of Interest hearing is continued from Thursday, May 14, 2015, at 10:30 a.m. to **June 16, 2015 at 10:00 a.m.** before Judge McAuliffe. **Defendant Douglas Jason Way is required to appear in person on June 16, 2015.** Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii), (7)(A), and B(iv).

IT IS SO ORDERED.

Dated: **May 7, 2015**          /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE