BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-00101-AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATIONAND ORDER REGARDING CONTINUANCE |
| DOUGLAS JASON WAY, et al., | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for the filing of the government's response on October 12, 2015, and the defendants' reply on October 16 for hearing on October 26.

2. By this stipulation, the parties agree to continue the filing dates of the government on October 14 and the reply on October 21. The hearing date shall remain the same.

DATED:    October 2, 2015.        Respectfully submitted,

                                                          BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ Karen A. Escobar_____
                                                          KAREN A. ESCOBAR
                                                          Assistant United States Attorney

1  DATED:      October 2, 2015.

2                                   /s/ Roger Nuttall
                                    ROGER NUTTALL
3                                   Counsel for Defendant Way

4  DATED:      October 2, 2015.

5                                   /s/ Timothy Ortiz
                                    ANTHONY CAPOZZI
6                                   Counsel for Defendant Ortiz

   DATED:      October 2, 2015.
7
                                    /s/ Eric Fogderude
8                                   ERIC FOGDERUDE
                                    Counsel for Defendant New
9  DATED:      October 2, 2015.

10                                  /s/ Andras Farkas
                                    ANDRAS FARKAS
11                                  JANET BATEMAN
                                    Counsel for Defendant Middleton
12

13
                                    **O R D E R**
14

15
   IT IS SO ORDERED.
16
   Dated:   October 2, 2015                    _____
17                                              SENIOR  DISTRICT  JUDGE

18

19

20

21

22

23

24

25

26

27

28

2