1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-0101 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE; ORDER THEREON |
| DOUGLAS JASON WAY, et al., | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for the filing of the defense response to the government's reconsideration motion on January 8, 2016, and the filing of the government's reply on January 15, 2016, for hearing on January 25 before this Court.

2. Defendant Middleton filed her response on January 8 and Defendant Way filed his response on January 11.

2. By this stipulation, the parties agree to continue the filing date of the government's reply to January 19.  The hearing date shall remain the same.

DATED:      January 12, 2016.          Respectfully submitted,

1

```
                                BENJAMIN B. WAGNER
                                United States Attorney


                                /s/ Karen A. Escobar_____
                                KAREN A. ESCOBAR
                                Assistant United States Attorney

DATED:       January 12, 2016.

                                /s/ Roger Nuttall
                                ROGER NUTTALL
                                Counsel for Defendant Way

DATED:       January 12, 2016.

                                /s/ Andras Farkas
                                ANDRAS FARKAS
                                JANET BATEMAN
                                Counsel for Defendant Middleton
```

**O R D E R**

IT IS SO ORDERED.

Dated:   **January 13, 2016**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2