BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00101-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING CONTINUANCE |
| DOUGLAS JASON WAY, et al., | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for the filing of the defendants' response to the government's motion for reconsideration on March 4, 2016, and the government's reply on March

2. By this stipulation and in anticipation of the presentment of a Superseding Indictment, the parties agree to continue the filing dates of the defendants' response to April 3, 2016, and the government's reply to April 10.

3. Time was previously excluded to and through the next status conference date of April 25, 2016

/////

1

DATED: March 2, 2016.        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: March 2, 2016.

/s/ Roger Nuttall
ROGER NUTTALL
Counsel for Defendant Way

DATED: March 2, 2016.

/s/ Timothy Ortiz
ANTHONY CAPOZZI
Counsel for Defendant Ortiz

DATED: March 2, 2016.

/s/ Eric Fogderude
ERIC FOGDERUDE
Counsel for Defendant New

DATED: March 2, 2016.

/s/ Janet Bateman
JANET BATEMAN
Counsel for Defendant Middleton

**O R D E R**

Pursuant to the parties' stipulation, defendants' response to the government's motion for reconsideration is now due to be filed and served on or before April 3, 2016, and the government's reply is due to be filed and served on or before April 10, 2016.

IT IS SO ORDERED.

Dated:   **March 3, 2016**

UNITED STATES DISTRICT JUDGE

2