UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS JASON WAY, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cr-00101-DAD-BAM<br><br>ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE ORIGINAL INDICTMENT<br><br>(Doc. No. 187) |

　　　On March 3, 2016, a grand jury of this district returned a Superseding Indictment in this case. (Doc. No. 185.) The government has filed a motion to dismiss (Doc. No. 187) the original indictment filed on May 15, 2014, as to all defendants, indicating that the government intends to proceed on the Superseding Indictment. Good cause appearing, the government's motion to dismiss the original indictment in light of the return of a Superseding Indictment is GRANTED.

IT IS SO ORDERED.

Dated: **March 9, 2016**　　　　　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1