BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DOUGLAS JASON WAY, et al.,<br><br>  Defendants. | CASE NO. 1:14-cr-0101 DAD-BAM<br><br>MOTION TO RESCIND ORDER; [PROPOSED] ORDER |

   Plaintiff United States of America, by and through its counsel of record, hereby moves to rescind this Court's order to disclose the grand jury transcript of the legal instructions to the grand jury in connection with the return of the original indictment, as follows:

   1. On December 15, 2015, U.S. Magistrate Judge Barbara A. McAuliffe ordered production to the defense of the grand jury transcript of the government's legal instructions to the grand jury of a now defunct grand panel in connection with the presentment of the original indictment in this matter. CR 164. The order was based largely on the Court's finding that the defense had made a particularized showing that *McFadden v. United States,* __U.S.__, 135 S. Ct. 2298 (June 18, 2015), announced a heightened *mens rea* requirement in the prosecution of controlled substance analogue

cases.

2. On March 3, 2016, a new grand jury panel considered the evidence in support of a superseding indictment, which contained both new and similar charges, and returned a true bill.  CR 185.

3. On March 8, 2016, U.S. District Judge Dale A. Drozd granted the government's motion to dismiss the original indictment.  CR 188.

4. It is the government's position that the necessity of obtaining the grand jury instructions given with respect to the dismissed indictment is moot because the indictment in question was dismissed.  *See*, *e.g.*, *United States v. Moreno*, 395 Fed.Appx. 436, 2010 WL 3607897 (9th Cir. 2010) (unpub.) (rejecting defense contention as moot that the grand jury was improperly instructed when determining whether to indict and that the district court erred in failing to dismiss the indictment, "because the indictment in question was dismissed"), citing *United States v. Gastelum-Almeida*, 298 F.3d 1167, 1173 (9th Cir.2002).

5. The government has conferred with defense counsel about this motion.  Counsel for Defendants Middleton and New do not oppose rescinding the Court's disclosure order.  Counsel for Defendants Way and Ortiz stated that they take no position on the matter.

In light of the foregoing, it is respectfully requested that the Court's disclosure order (CR 164) be rescinded as moot.

DATED:	March 31, 2016.	Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR

**O R D E R**

Having reviewed the government's motion to rescind this Court's order to disclose the transcript of the instructions to the grand jury which returned the original indictment,

IT IS HEREBYORDERED that this Court's order found at docket entry 164 is rescinded as moot.

IT IS SO ORDERED.

Dated:   **April 4, 2016**              /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE