**ROGER T. NUTTALL  #42500**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>             **Plaintiff,**<br><br>     **v.**<br><br>**DOUGLAS JASON WAY, et al.,**<br><br>             **Defendants.** | No. 14-CR-0101-DAD-BAM<br><br>**ORDER GRANTING DEFENDANT, DOUGLAS JASON WAY'S, REQUEST TO APPEAR BY VIDEO TELECONFERENCE FROM THE NORTHERN DISTRICT OF ILLINOIS** |

The Court having reviewed Defendant, DOUGLAS JASON WAY's, request to appear by video conference and upon finding good cause, hereby GRANTS the Defendant's request to appear at the Arraignment scheduled on Thursday, April 21, 2016, at 11:00 a.m. PDT by video teleconference from the United States Courthouse in Chicago, Illinois.  The Defendant shall report to the United States Courthouse in Chicago, Illinois, on the above date at 1:00 p.m. CDT, at a room to be designed by the Clerk's Office in the Northern District of Illinois

IT IS SO ORDERED.

Dated:   **April 18, 2016**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE