PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY and TIMOTHY ORTIZ,<br><br>Defendant. | CASE NO. 1:14-cr-0101 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE AND EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, September 12, 2016, at 1:00 p.m.

2. By this stipulation, the parties move to continue the hearing date until September 26, 2016, at 1:00 p.m. and to exclude time between September 12, 2016, and September 26, 2016.   3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for the government is unavailable on September 12, 2016.  On July 5, 2016, the Ninth Circuit set oral argument in one of AUSA Escobar's cases for the morning of September

13, which necessitates travel to San Francisco on September 12.  Air travel to San Francisco is not authorized.  The defense is not opposed to a continuance and needs additional time for pretrial investigation of this designated complex case and to consider the government's plea offer.

      b.      The parties believe that failure to grant the above-requested continuance would deny the defendants the reasonable time necessary for effective resolution and/or case preparation, taking into account the exercise of due diligence, and would deny continuity of counsel for the government.

      d.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 12, 2016, to September 26, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii) , (7)(A), and B(iv) because the case has been deemed complex, it would deny the government the continuity of counsel, and it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      July 7, 2016.      Respectfully submitted,

      PHILLIP A. TALBERT
      Acting United States Attorney

      /s/ Karen A. Escobar_____
      KAREN A. ESCOBAR
      Assistant United States Attorney

DATED:     July 7, 2016.

/s/ Roger Nuttall
ROGER NUTTALL
Counsel for Defendant Way

DATED:     July 7, 2016.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Ortiz

# O R D E R

IT IS SO FOUND AND ORDERED THAT the 5th Status Conference is continued from September 12, 2016 to **September 26, 2016 at 1:00PM** before Judge McAuliffe.   Time excluded pursuant to 18 U.S.C.§ 3161(h)(7)(B)(ii) , (7)(A), and B(iv).

IT IS SO ORDERED.

Dated:   **July 7, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE