1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4575
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY and<br>TIMOTHY ORTIZ,<br><br>Defendant. | CASE NO. 1:14-cr-0101 DAD-BAM<br><br>STIPULATION REGARDING<br>CONTINUANCE; FINDINGS AND<br>ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference on Monday, July 10, 2017, at 1:00 p.m.

2.  By this stipulation, the parties move to continue the status conference as to Defendant Douglas Jason Way only to Friday, July 14, 2017, at 10:00 a.m.

3,.  Since time was previously ordered excluded to and through February 28, 2018, the date of trial, an order for an exclusion of time is not necessary.

4.  The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for Defendant Douglas Jason Way needs additional time to meet and confer with his client regarding the specific terms of a proposed resolution. Mr. Nuttall has been unavailable last week and will be unavailable this week due to pre-planned time-off and due to Mr. Way's work schedule both have been able to meet and confer in a meaningful manner.

b. Counsel for Defendant Timothy Ortiz and Defendant Ortiz remain available on Monday, July 10, and agree that the status conference as to Defendant Ortiz should remain on that date. Mr. Capozzi is not available on Friday, July 14.

IT IS SO STIPULATED.

DATED: July 5, 2017. Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 5, 2017.

/s/ Roger Nuttall
ROGER NUTTALL
Counsel for Defendant Way

DATED: July 5, 2017.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Ortiz

**O R D E R**

IT IS SO ORDERED.

Dated: **July 5, 2017**          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE