PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-cr-0101 DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE; [~~PROPOSED~~] FINDINGS AND ORDER |
| DOUGLAS JASON WAY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a hearing on Thursday December 14, 2017, at 2:00 p.m.  The deadline for filing a response was set for December 1 and for filing a reply was set for December 7.

2.      By this stipulation, the parties move to continue the hearing to Monday, December 18, 2017, at 2:00 p.m.  The parties also agree that the response shall be filed by December 4 and the reply shall be filed by December 11.

3.      Since time was previously ordered excluded to and through June 19, 2018, the date of trial, an order for an exclusion of time is not necessary.

IT IS SO STIPULATED.

DATED:          November 27, 2017.          Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  United States Attorney


                                  /s/ Karen A. Escobar_____
                                  KAREN A. ESCOBAR
                                  Assistant United States Attorney

DATED:          November 27, 2017.

                                  /s/ W. Scott Quinlan
                                  W. SCOTT QUINLAN
                                  Counsel for Defendant Way



                          **O R D E R**

        IT IS SO FOUND AND ORDERED that the Motion for Discovery response is extended to

December 4, 2017; reply extended to December 11, 2017 and the hearing is continued from

December 14, 2017 to Monday, December 18, 2017 at 2:00PM before Judge McAuliffe.   The

hearing will be at the end of the duty calendar.


IT IS SO ORDERED.

   Dated:   **November 27, 2017**          ____/s/ *Barbara A. McAuliffe*____
                                  UNITED STATES MAGISTRATE JUDGE