```
 1  ROGER T. NUTTALL, 42500
    W. SCOTT QUINLAN, 101269
 2  Attorneys at Law
    2333 Merced Street
 3  Fresno, Ca 93721
    Telephone: (559) 233-2900
 4  Telephone: (559) 442-0634
    Facsimile: (559) 233-6947
 5
 6  Attorneys for Defendant DOUGLAS JASON WAY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00101-DAD-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT JASON WAY'S REQUEST TO SEAL EXHIBIT 1 TO THE DECLARATION OF W. SCOTT QUINLAN IN SUPPORT OF HIS MOTION FOR A DAUBERT HEARING; SEALING ORDER** |
| DOUGLAS JASON WAY, | |
| Defendant. | |
| | DATE: February 16, 2018<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 5<br>Honorable Dale A. Drozd |

Defendant Jason Way respectfully requests that the Court permit him to file under seal Exhibit 1 to the Declaration of W. Scott Quinlan in support of his motion for a <u>Daubert</u> hearing addressing the admissibility of government expert testimony. Exhibit 1 is an exhibit that includes internal e-mail between different departments of the DEA addressing the analysis by the Forensic Science Division of the DEA that UR-144 was not an analogue of JWH-018, and addressing Forensic Science Senior Chemist Dr. Arthur Berrier's explanation to the DRE department of the DEA prior to that that the analytical approach used by it to determine analogue status was in error. Further e-mail discloses that after Dr. Berrier's opinion that UR-144, which is very similar to 5-F-UR-144 (the claimed analogue at issue in this case), DEA subsequently developed a procedure whereby Forensic Science would not put anything down in writing concerning its

disagreement about analogue status, and at analogue committee meetings representatives of Forensic Sciences would not take notes, leaving it up to the DRE division to document or not document criticism of its determination of analogue status. These e-mails are e-mailed to various individuals of the DEA, which establishes their knowledge of the issues and acquiescence in the procedures followed. The government has previously requested that similar e-mail be filed under seal, and the Magistrate ordered them sealed in connection with a currently pending discovery motion.

For that reason, Defendant Jason Way requests that Exhibit 1 to his <u>Daubert</u> motion to be filed this week, which will contain the e-mail, be allowed to be filed under seal.

Dated: January 17, 2018

Respectfully submitted,

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for Defendant
DOUGLAS JASON WAY

## **SEALING ORDER**

The court has reviewed and considered defendant's request for an order sealing documents (Doc. 368) in this case. Good cause appearing, Exhibit 1 to the declaration of W. Scott Quinlan in support of defendant's motion for a Daubert hearing shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: **January 18, 2018**

UNITED STATES DISTRICT JUDGE