UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00101-DAD-BAM-1 |
|---|---|
| Plaintiff, | |
| v. | <u>AMENDED STIPULATION AND ORDER</u> |
| DOUGLAS JASON WAY, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, and defendant DOUGLAS JASON WAY, by and through his counsel of record, hereby submit this amended stipulation as follows:

1. The parties have met and conferred with respect to the United States' sealing requests (Docs. 384, 412, 413, 414, 415).
2. With respect to the United States' request for sealing at Docket 414, the parties agree and stipulate that Docket Entry 398 will remain sealed. The parties further agree and stipulate that the defendant will redact the phone number that appears in Docket Entry 398, attachment 1 and refile Docket Entry 398 and their attachments with this redaction only. Attachment 2 need not be redacted, in accordance with this Court's order, since it was previously publicly filed in another case.

/////

1

3. With respect to the United States' requests for sealing at Docket Entries 384 and 415, the parties agree and stipulate that Docket Entries 380 and 397 will be sealed. The parties further agree and stipulate that the defendant will redact personal business email and phone numbers from Docket Entries 380, attachment 1, and 397, attachment 1, and refile Docket Entries 380 and 397 and their attachments with the foregoing redactions.

4. With respect to the United States' request for sealing at Docket Entry 412, the parties agree and stipulate that Docket Entry 409 will remain sealed. The parties further agree and stipulate that the defendant will redact the DEA monographs in their entirety at Docket Entry 409, attachments 5 and 6 and refile Docket Entry 409 and its attachments with the foregoing redactions. The parties also agree and stipulate that the other docket entry (Doc. 395) that is the subject of the government's sealing request at Docket Entry 412 contains information that the Court previously ordered may not be sealed, *i.e.*, information produced in another case in discovery that was not the subject of a protective order.

5. Thus, the parties agree and stipulate that the following sealed documents may now be unsealed: Docket Entries 394 (the subject of the government's sealing request at Doc. 413) and 395.

6. As set forth above, the parties agree and stipulate that the remaining documents (Docs. 380, 384, 397, 398, 409, 415) will stay sealed until further order of the Court.

7. The parties also agree and stipulate that implementation of this stipulation will moot the United States' formal sealing requests.

////

IT IS SO STIPULATED.

DATED: February 20, 2018.    Respectfully submitted,

        McGREGOR W. SCOTT
        United States Attorney

        /s/ Karen A. Escobar
        KAREN A. ESCOBAR
        Assistant United States Attorney

DATED: February 20, 2018.

        /s/ W. Scott Quinlan
        W. SCOTT QUINLAN
        Counsel for Douglas Jason Way

**O R D E R**

Having reviewed the stipulation of the parties,

IT IS SO ORDERED.

Dated: **February 22, 2018**

        UNITED STATES DISTRICT JUDGE