UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY,<br><br>Defendant. | No. 1:14-cr-00101-DAD-BAM-1<br><br>ORDER DIRECTING THE PARTIES TO COMPLY WITH THE LOCAL RULES WITH RESPECT TO THE FILING OF MOTIONS |

The docket in this case reflects that both parties have filed a great number of motions, notices, responses, and other supplemental materials. Several of these filings appear to be unauthorized surreplies for which leave to file was neither sought nor given. (*See* Doc. Nos. 453, 454, 462.) In addition, several items have been docketed with titles such as "opposition" or "reply" without indicating which documents they are responsive to. (*See, e.g.*, 365, 387–389, 392, 408, 452, 454, 464, 468.) This practice causes great confusion and clutters an already voluminous docket.

In light of these circumstances, the court directs both parties to ensure that all future filings in this action are in compliance with the Local Rules, and specifically with Local Rule 430.1, which governs the procedures for filing criminal motions in this court.[1] The parties are

---
[1] Save and except the requirement of that rule that all pretrial motions be filed within twenty-one days after arraignment. *See* Local Rule 430.1(c).

1

warned that any filings not in compliance with the Local Rules—including unauthorized surreplies filed without leave of court—may be stricken in the future. Further, all oppositions and replies should specify the item on the docket to which they are responding, and the parties are directed to consult with the Clerk of Court to the extent they have difficulty properly noticing their motions on the court's docket. The parties are also specifically directed to cease, absent leave of court, filing any additional materials with respect to motions the court has already taken under submission for decision. (Doc. Nos. 323, 324, 326, 364, 367, 373, 391, 450). Finally, the parties are warned that any failure to comply with this order may result in the court's imposition of restrictions on filing. *See Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) (noting that "district courts have inherent power to control their docket"); *see also Liberi v. Taitz*, No. SACV 11-0485 AG (AJWx), 2011 WL 13143549, at *5 (C.D. Cal. June 14, 2011) (requiring all parties to seek leave of court before filing any further motions or documents).

IT IS SO ORDERED.

Dated: **May 9, 2018**

_____
UNITED STATES DISTRICT JUDGE