UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STTES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY,<br><br>Defendant. | No. 1:14-cr-00101-DAD-BAM-1<br><br>ORDER GRANTING DEFENDANTS' APPLICATION FOR A WRIT OF *HABEAS CORPUS AD TESTIFICANDUM* AS TO TIMOTHY ORTIZ<br><br>(Doc. No. 526) |

Timothy Ortiz, Register Number: 47222-424, a necessary and material witness in the trial in this case, is confined at FCI Oxford, County Road G & Elk Avenue, Oxford, WI 53952, in the custody of the Warden. In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the Honorable Dale A. Drozd, United States District Court, Eastern District of California, 2500 Tulare Street, Courtroom 5 (7th floor), Fresno, CA 93721, on **June 28, 2018, at 9:00 a.m.**[1]

/////

/////

---

[1] As indicated at the hearing on this matter, this order is subject to reconsideration upon receipt of the government's supplemental briefing.

Accordingly,

1. A Writ of *Habeas Corpus ad Testificandum* shall issue, under the seal of this court, commanding the FCI Oxford Warden to produce the inmate named above to testify as a witness in a trial in the United States District Court, at the time and place noted above, and from day to day until completion of the court proceedings or as ordered by the court; and thereafter to return the inmate to FCI Oxford.

2. The United States Marshal shall serve this Writ on the FCI Oxford Warden, or his designee, shall transport Timothy Ortiz to Fresno, California to testify and shall return him upon conclusion of the case, or when he is released as a witness.

3. The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas ad testificandum on the Litigation Coordinator, FCI Oxford, County Road G & Elk Avenue, Oxford, WI 53952.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, FCI Oxford, County Road G & Elk Avenue, Oxford, WI 53952:**

WE COMMAND you to produce the inmate named above to testify as a witness before the United States District Court, at the time and place noted above.

FURTHER, you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **June 13, 2018**

_____
UNITED STATES DISTRICT JUDGE

2