1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  1:14-cr-00101-DAD-BAM-1

12              Plaintiff,

13       v.                                 NOTICE AND ORDER THAT TIMOTHY
                                            ORTIZ, # 47222-424, IS NO LONGER
14   DOUGLAS JASON WAY,                     NEEDED AS A WITNESS IN THESE
                                            PROCEEDINGS, AND THE WRIT OF
15              Defendant.                  HABEAS CORPUS AD TESTIFICANDUM IS
                                            DISCHARGED
16

17

18       Jury trial in this matter commenced on June 19, 2018.  Inmate witness Timothy Ortiz,

19   CDCR #47222-424, is no longer needed by the court as a witness in these proceedings.

20   Accordingly, the writ of habeas corpus ad testificandum (Doc. 526) as to this inmate is HEREBY

21   DISCHARGED.  Therefore, inmate witness Timothy Ortiz may be returned to the custody of the

22   U.S. Bureau of Prisons as soon as practical.

23   IT IS SO ORDERED.

24    Dated:   **July 3, 2018**          _____

25                                         UNITED STATES DISTRICT JUDGE

26

27

28

                                            1