UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY,<br><br>Defendant. | Case No. 1:14-cr-00101-DAD-BAM-1<br><br>NOTICE AND ORDER THAT CHARLES BURTON RITCHIE, # 23554-017, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on June 19, 2018. Inmate witness Charles Burton Ritchie, CDCR #23554-017, is no longer needed by the court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum (Doc. 535) as to this inmate is HEREBY DISCHARGED. Therefore, inmate witness Charles Burton Ritchie may be returned to the custody of the U.S. Bureau of Prisons as soon as practical.

IT IS SO ORDERED.

Dated: **July 6, 2018**

UNITED STATES DISTRICT JUDGE

1