UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721




## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:14-cr-00101-DAD-BAM-1

**CASE NAME:** U.S.A. vs Douglas Jason Way

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, referenced or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: **July 13, 2018**

_Dale A. Drozd_
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** July 13, 2018

Govt Attorney: _Karen Escobar_

Govt Attorney Signature: _Karen Escobar_

**DATE EXHIBITS RETURNED:** July 13, 2018

Deft Attorney: _W Scott Quinlan_

Deft Attorney Signature: _W Scott Quinlan_

This document certifies that the above referenced exhibits were returned.

Date: July 13, 2018

_Renée Gaumnitz_
**Renée Gaumnitz**
**Courtroom Clerk**