UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY,<br><br>Defendant. | No. 1:14-cr-101 DAD-BAM<br><br><br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The hearing on the defendant's post-trial motions filed herein on August 16, 2018, were recently advanced to October 1, 2018. However, a schedule for filing the government's response and any reply was not set.

2. The parties agree that the government's response to the defendant's motions shall be filed on or before September 14 and the defendant's reply, if any, shall be filed on or before September 28.

////
////
////
////

1

IT IS SO STIPULATED.

DATED: August 20, 2018.   Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney
/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: August 20, 2018.

/s/ Roger Nuttall
ROGER NUTTALL
Counsel for Douglas Jason Way

DATED: August 20, 2018.

/s/ W. Scott Quinlan
W. SCOTT QUINLAN
Counsel for Douglas Jason Way

**O R D E R**

IT IS SO ORDERED.

Dated: **August 21, 2018**

UNITED STATES DISTRICT JUDGE