UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY,<br><br>Defendant. | No. 1:14-cr-101 DAD-BAM<br><br><br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The hearing on the defendant's post-trial motions filed herein is currently set for October 1, 2018.
2. The parties agree to continue the hearing to October 10, 2018, at 1:30 p.m., to accommodate a medical issue for counsel for the government.

////
////
////
////
////
////

1

IT IS SO STIPULATED.

DATED: September 21, 2018. Respectfully submitted,

    McGREGOR W. SCOTT
    United States Attorney
    /s/ Karen A. Escobar
    KAREN A. ESCOBAR
    Assistant United States Attorney

DATED: September 21, 2018.

    /s/ Roger Nuttall
    ROGER NUTTALL
    Counsel for Douglas Jason Way

DATED: September 21, 2018.

    /s/ W. Scott Quinlan
    W. SCOTT QUINLAN
    Counsel for Douglas Jason Way

**O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the motion hearing in this case. The motion hearing as to the above-named defendant currently scheduled for **October 1, 2018**, is continued until **October 10**, **2018** at 1:30 p.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **September 21, 2018**

UNITED STATES DISTRICT JUDGE

2