1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   VINCENZA RABENN
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 1:14-CR-00101-DAD-BAM

12                     Plaintiff,         ORDER FOR FORFEITURE MONEY
                                          JUDGMENT
13           v.

14  DOUGLAS JASON WAY,
        aka Jason Way,
15
                       Defendant.
16

17          Based upon the United States' Application for Forfeiture Money Judgment and the guilty

18  verdict entered by the Jury against defendant Douglas Jason Way, aka Jason Way,

19          IT IS HEREBY ORDERED that

20          1.     The defendant Douglas Jason Way shall forfeit to the United States the sum of

21  $589,199.48 and that the Court imposes a personal forfeiture money judgment against defendant

22  in that amount.

23          2.     Any funds applied towards such judgment shall be forfeited to the United States

24  of America and disposed of as provided for by law.  Prior to the implementation of sentence,

25  any funds delivered to the United States to satisfy the personal money judgment shall be seized

26  and held by the Internal Revenue Service – Criminal Investigations, or by the United States

27  Marshals Service, in its secure custody and control.

28

1    3.    This Order of Forfeiture shall become final as to the defendant at the time of

2  sentencing, and shall be made part of the sentence and included in the judgment.

3    4.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this

4  Order of Forfeiture to substitute property having a value not to exceed $589,199.48 to satisfy the

5  money judgment in whole or in part.

6  DATED: _10/29/18_

_Dale A. Drozd_

7  DALE A. DROZD
UNITED STATES DISTRICT JUDGE