IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS JASON WAY,<br><br>Defendant. | Case No.  1:14-cr-00101 DAD<br><br>ORDER SETTING VOLUNTARY SURRENDER DATE<br><br>(Doc. No. 772) |

The self-surrender date for defendant Douglas Jason Way, sentenced on October 29, 2019 to 132 months in the custody of the U.S. Bureau of Prisons, was previously stayed pending appeal.  (Doc. No. 728.)  On February 21, 2020, the judgment of conviction was affirmed on appeal by the Ninth Circuit and on May 8, 2020, the mandate was issued.  (Doc. Nos. 768, 775.)  Accordingly, at the hearing conducted on May 19, 2020, the court ordered defendant Douglas Jason Way to surrender by **September 2, 2020 at or before 2:00 p.m.** at the institution designated by the U.S. Bureau of Prisons**.**  If no institution has been designated as of that date, defendant is to self-surrender, absent further order of the court, to the U.S. Marshal's Office in the Northern District of Illinois by that date and time.

IT IS SO ORDERED.

Dated:  **May 19, 2020**

_____
UNITED STATES DISTRICT JUDGE