UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:14-cr-101 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER TERMINATING STAY |
| DOUGLAS JASON WAY, | (Doc. No. 772) |
| Defendant. | |

Having considered the government's motion seeking entry of an order terminating the stay of execution of the forfeiture money judgment issued in this matter (Doc. 772), the written and oral arguments of counsel as presented at the hearing on May 19, 2020, and after due consideration,

IT IS HEREBY ORDERED:

1. The government's motion (Doc. No. 772) is granted.
2. The government may execute the forfeiture money judgment issued in this action on October 29, 2018.

IT IS SO ORDERED.

Dated:   **May 19, 2020**

UNITED STATES DISTRICT JUDGE

1