

# United States District Court
# Eastern District of California

| United States |
|---|
Plaintiff(s)

Case Number: 1:14-CR-101-DAD-BAM

V.

| Douglas Jason Way |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Jonathan I. Edelstein__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Douglas Jason Way

On __06/15/1998__ (date), I was admitted to practice and presently in good standing in the __New York State Appellate Division, 1st Dep't__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/14/2021    Signature of Applicant: /s/ Jonathan I. Edelstein

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jonathan I. Edelstein |
| Law Firm Name: | Law Office of Alan Ellis |
| Address: | 501 Fifth Avenue |
| | Suite 514 |
| City: | New York    State: NY    Zip: 10017 |
| Phone Number w/Area Code: | (212) 871-0571 |
| City and State of Residence: | Kew Gardens, NY |
| Primary E-mail Address: | jonathan.edelstein.2@gmail.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | David D. Fischer |
| Law Firm Name: | Law Offices of David D. Fischer |
| Address: | 5701 Lonetree Blvd. |
| | Suite 312 |
| City: | Rocklin    State: CA    Zip: 95765 |
| Phone Number w/Area Code: | (916) 447-8600    Bar # 224900 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10/15/2021

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT